IDEAL FURNACE CO. *v.* INTERNATIONAL MOLDERS'
UNION OF NORTH AMERICA.

APPEAL OF MURRAY.

1. APPEAL AND ERROR—MOOT CASE.
    Where defendant was adjudged guilty of contempt and fined, which he paid, there is nothing before this court for determination, on appeal, defendant having by his own act discharged the order.

2. SAME—JURISDICTION—DISMISSAL.
    This court should, of its own motion, decline to consider cases it has not the power to determine.

3. COSTS—DISMISSAL ON COURT'S MOTION—JURISDICTION.
    Costs will not be awarded to appellee, on dismissal on court's own motion, where no motion was made to dismiss from appellate court for want of jurisdiction.

Appeal from Monroe; Gilday, J. Submitted October 22, 1918. (Docket No. 96.) Decided December 27, 1918.

Bill by the Ideal Furnace Company against the International Molders' Union of North America, Andrew Murray and others for an injunction. Andrew Murray was adjudged guilty of contempt of court and fined $10 which was paid and an appeal perfected from said order. Appeal dismissed.

S. *Homer Ferguson,* for plaintiff.

*Entenza & Spillane,* for appellant.

PER CURIAM. On April 6, 1917, defendant Andrew Murray was adjudged guilty of contempt of court and fined $10 which was then paid. Later he filed claim of appeal and perfected the same. After the submission of the case in this court we requested briefs from counsel upon the right of the defendant to appeal from the order which had been satisfied, and upon the power of the court to hear and determine the case. Such briefs have been filed. They have been read with care and all authorities cited have been examined. We are convinced that upon this record the questions are purely academic; that no real and substantial controversy is before us; that the order of the court below having been satisfied and the fine paid no relief can be now granted appellant. The defendant by his own act has discharged the order entered by the court below. There is nothing before us for determination *People* v. *Leavitt,* 41 Mich. 470; *Powell* v. *People,* 47 Mich. 108; *City of Ishpeming* v. *Maroney,* 49 Mich. 226; *State* v. *Conkling,* 54 Kan. 108 (45 Am. St. Rep. 270, 37 Pac. 992) ; *Washington* v. *Cleland,* 49 Or. 12 (124 Am. St. Rep. 1013, 88 Pac. 305) ; *Town of Batesburg* v. *Mitchell,* 58 S. C. 564 (37 S. E. 36) ; 3 C. J. p.

358 *et seq.* This court should, of its own motion, decline to consider cases it has not the power to determine. *J. F. Hartz Co.* v. *Lukaszcewski,* 200 Mich. 230; *Bolton* v. *Cummings,* 200 Mich. 234; *Miller* v. *Johnson,* 201 Mich. 535. The appeal will be dismissed but without costs. *Maxfield* v. *Freeman,* 39 Mich. 64; *First Nat. Bank of Pt. Huron* v. *Mellen,* 45 Mich. 413.